```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14230
   MELISSA S GIBRICK
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-8929


-----------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/01/06 and confirmed on 06/08/07.

     2.  The case was dismissed after confirmation, 05/16/2008.

     3.  The Debtor paid a total of $   24768.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING IN CURRENT MORTG           .00              .00              .00
LITTON LOAN SERVICING IN MORTGAGE ARRE       69419.25             .00         13257.13
DLJ MORTGAGE CAPITAL INC SECURED                 .00              .00              .00
DLJ MORTGAGE CAPITAL INC MORTGAGE ARRE       30964.00             .00          5913.25
A AMERICAN FLOORS        SECURED              4907.00             .00          3400.00
COMED                    UNSECURED        NOT FILED               .00              .00
DAVID AXELROD            UNSECURED        NOT FILED               .00              .00
NICOR GAS                UNSECURED        NOT FILED               .00              .00
FORD MOTOR CREDIT CO     SECURED VEHIC           .00              .00              .00
FORD MOTOR CREDIT CO     UNSECURED        NOT FILED               .00              .00
TARGET NATIONAL BANK     FILED LATE              .00              .00              .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED         OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  105290.25        .00         .00           .00      105290.25
PRINCIPAL PAID       22570.38        .00         .00           .00       22570.38
INTEREST PAID             .00        .00         .00           .00             .00
TOTAL PAID           22570.38        .00         .00           .00       22570.38
The Debtor's attorney, KELLEHER & BUCKLEY              , was allowed $    3000.00
and was paid $    1726.00  direct and $    1274.00  through the plan.

The Trustee received $     923.62 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 08/20/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                          PAGE   2
      CASE NO. 06 B 14230 MELISSA S GIBRICK
```